UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**F I L E D**
JUN 1 3 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 13cr 36 ART
29 U.S.C. § 501(c)

**MARK GILBERT**

* * * * *

**THE GRAND JURY CHARGES:**

On or about October 6, 2009, and continuing through on or about October 4, 2011, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**MARK GILBERT,**

while an officer, that is, the financial secretary, of United Steelworkers Local 805, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $8,467.10, all in violation of 29 U.S.C. § 501(c).

**A TRUE BILL**

_____
KERRY B. HARVEY
UNITED STATES ATTORNEY

## PENALTIES

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.